UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 496 |
| v. | ) | |
| | ) | Honorable Charles P. Kocoras |
| MARKHAM SHANNON | ) | |

## AGREED PROTECTIVE ORDER AUTHORIZING
## DISCLOSURE OF TAX RETURN INFORMATION TO DEFENDANT

Upon review and consideration of the "Government's Unopposed Motion for Agreed Protective Order Authorizing Disclosure of Tax Return Information to Defendant" (the "Motion"), the Court finds:

1. The individual income tax returns and return information identified in the Motion are protected from disclosure except as provided in Title 26, United States Code, Section 6103(h)(4);

2. The subject individual income tax returns and return information are subject to disclosure under Title 26, United States Code, Section 6103(h)(4)(B) and (C);

3. The disclosure of the subject returns and return information will not identify a confidential informant or seriously impair a civil or criminal tax investigation; and

4. The confidentiality of the subject returns shall be adequately protected by the terms further set forth below.

Therefore, IT IS HEREBY ORDERED that:

A. Beginning on or after the date of this Order, the government shall disclose to the defendant copies of the tax returns and Internal Revenue Service ("IRS") transcripts and reports obtained by the government ("tax return information") that are identified in the Motion;

B. The defendant and his attorney(s) shall not disclose any of the subject tax returns or tax return information to any other person except for (1) the subject taxpayers with respect to their own returns and return information, (2) any agents and employees of defendant's attorney(s), including any experts retained by defendant to assist in his defense, and (3) any other person only upon the Court's prior consent;

C. Any person to whom the defendant and his attorney(s) disclose the subject returns and tax return information is prohibited from further disclosing the returns and return information to any other person;

D. Prior to disclosing any of the subject tax returns or tax return information to any other person, the defendant and/or his attorney(s) shall notify that person of the terms of this Order; and

E. Any disclosure of personal identifying information in any filing shall be made in accordance with Federal Rule of Criminal Procedure 49.1.

SO ORDERED AND ENTERED:

Dated: __August 10, 2011__

*Charles P. Kocoras*
**CHARLES P. KOCORAS**
**U.S. District Court Judge**